IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VIRGINIA A. HALLER                                                                               PLAINTIFF

   v.     Civil No. 11-2175

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                       DEFENDANT

**J U D G M E N T**

  For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

  IT IS SO ORDERED AND ADJUDGED this 16th day of July 2012.

              /s/ *J. Marschewski*
              HON. JAMES R. MARSCHEWSKI
              CHIEF UNITED STATES MAGISTRATE JUDGE